UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.J.R.A., et al.,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>RUBY HERNANDEZ, et al.,<br><br>　　　　　Respondents. | Case No. 2:26-cv-00482-AB-PD<br><br>**ORDER GRANTING PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL AND PROCEED BY PSEUDONYM** |

　　　　On January 19, 2026, O.J.R.A., S.A.R., and J.A.R. ("Petitioners"), who are represented by counsel, filed a petition for writ of habeas corpus, along with an application to file under seal and proceed by pseudonym and Declaration of Cynthia Isabel Felix made pursuant to Local Rule 79-5.2.2(a)(i) in support of Portioners' application.  Dkt. Nos. 1, 1-1, 2.  Petitioners are unaccompanied minor children and seek to protect personally identifying and highly sensitive information concerning themselves and their biological mother from public disclosure.  Dkt. No. 1-1at ¶ 3.  Petitioners seek to proceed by pseudonym, using their initials, in accordance with Federal Rule of Civil Procedure 5.2(a)(3) (requiring that filings that contain the name of an individual known to be a minor use only the minor's initials).  Dkt. Nos. 1 at 2; 1-1.  Petitioners also seek to use pseudonyms for their mother, which is

necessary to ensure the privacy of the child, particularly where they share the same last name. *Id.*

Furthermore, in accordance with Local Rule 79-5.2, *et seq.*, and Fed R. Civ. P. 5.2, Petitioners request advance permission of this Court to enter an order granting Petitioners leave to file under seal any exhibits in Support of Petitioners' Petition for Writ of Habeas Corpus. Dkt. No. 1 at 2. These records reference sensitive personal information that Petitioners seek to shield from public disclosure, as well as include personally identifying information that is subject to mandatory redaction under Rule 5.2 of the Federal Rules of Civil Procedure. *Id.* Petitioners further request advance permission to file an unsealed copy of the sealed record with the pertinent portions in the public record redacted.

The Court has considered Petitioners' Application to File Under Seal and Proceed by Pseudonym and the Declaration of Cynthia Isabel Felix in Support of Petitioners' Application, and for good cause appearing, the Application to File Under Seal and Proceed by Pseudonym is Hereby Granted given the sensitive personally identifying information of minors and their mother.

IT IS SO ORDERED.

DATED: January 21, 2026

*Patricia Donahue*
—————————————————
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE