UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.J.R.A., et al., | Case No. 2:26-cv-00482-AB-PD |
| Petitioners, | **ORDER REQUIRING RESPONSE TO HABEAS PETITION** |
| v. | |
| RUBY HERNANDEZ, et al., | |
| Respondents. | |

On January 19, 2026, O.J.R.A., S.A.R., and J.A.R. ("Petitioners"), who are represented by counsel, filed a petition for writ of habeas corpus. Dkt. Nos. 2, 2-1, 2-2, 2-3. The Petition alleges that Petitioners are unaccompanied minor children who entered the United States on April 30, 2025, and were transferred to the custody of the Office of Refugee Resettlement ("ORR") on May 1, 2025. Dkt. No. 2 at 2. Petitioners are currently detained at Hanna's Children's Homes, an ORR-subcontracted care facility in Commerce, California. *Id.* Petitioners allege they are being held in violation of the Constitution and laws of the United States.

In order to facilitate the just, speedy, and inexpensive determination of this action, the Court ORDERS as follows:

1.      The <u>Clerk of this Court promptly shall (a) serve</u> electronic copies of the Petition and this Order on Respondents and the United States Attorney, or his authorized agent, in accordance with the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorney's Office set forth in Appendix C to the Central District of California Local Civil Rules; and (b) serve a copy of this Order on Petitioners' counsel of record.

2.      By **February 3, 2026**, Respondents shall file a response to the Petition and electronically lodge with the Court all relevant documents.  The response may be in the form of a Motion to Dismiss or an Answer.

3.      Petitioners shall file a response to the Respondents' motion to dismiss or answer by **February 10, 2026**.  At that time, Petitioners shall lodge with the Court any records not lodged by Respondents that Petitioners believe may be relevant to the Court's determination.

4.      Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following Petitioners' response to the motion to dismiss or answer.

5.      To request an extension of time for any of the deadlines set forth in this Order, a party must file a motion demonstrating good cause for the extension.  Such a motion should be filed before the deadline has expired. Any such motion should be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary and by a proposed order granting the requested extension.

DATED: January 27, 2026

*Patricia Donahue*

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2