CYNTHIA ISABEL FELIX (CA SBN 316049)
*cynthia@immdef.org*
MAYRA ALEJANDRA NAVARRO (CA SBN 328197)
*mnavarro@immdef.org*
EMILY GERBER SUGARMAN (CA SBN 339353)
*esugarman@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring Street, 10th Floor
Los Angeles, CA 90014
Telephone: 213-438-9014
Facsimile: 213-282-3133

*Pro Bono* Attorneys for Petitioners

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| O.J.R.A., S.A.R., and J.A.R., Minors, By and Through Erica Santamaria, as Next Friend of Minors,<br>Petitioners,<br><br>v.<br><br>RUBY HERNANDEZ, Federal Field Specialist, Office of Refugee Resettlement; NIKY HYMEL, Federal Field Specialist Supervisor, Office of Refugee Resettlement; ANDREW GRADISON, Assistant Secretary of the Administration of Children and Families; ANGIE SALAZAR, Acting Director of the Office of Refugee Resettlement; and ROBERT F. KENNEDY, Secretary of the U.S. Department of Health and Human Services,<br><br>Respondents. | No. **2:26-cv-482-AB(PDx)**<br><br>Hon. André Birotte Jr.<br><br>**ORDER GRANTING PETITIONER'S PETITION FOR APPOINTMENT OF A GUARDIAN AD LITEM FOR PETITIONERS** |

WHEREFORE, the Court having considered Minor Petitioners' Petition for Appointment of a Guardian Ad Litem for Petitioner's O.J.R.A., S.A.R., and J.A.R., minors, and for good cause appearing, Erica Santamaria ("Mrs. Santamaria") is appointed as guardian ad litem for O.J.R.A., S.A.R., and J.A.R. in this matter.

SO ORDERED.

Dated: January 30, 2026

By: Patricia Donahue
Hon. Patricia Donahue
United States Magistrate Judge