UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-00482-AB-PD                    Date: February 24, 2026

Title    *O.J.R.A., et al. v. Ruby Hernandez et al.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioners:       Attorneys Present for Respondents:

N/A                                         N/A

**Proceedings (In Chambers):       Order Directing Respondents to File Supplemental Response to Petitioners' Traverse**

After Petitioners were released from custody, on February 6, 2026, the District Judge ordered Petitioners to file a statement confirming whether the Petition should be dismissed as moot.  Dkt. No. 21.  On February 10, 2026, Petitioners filed a traverse arguing, among other things, that the Petition is not moot.  Dkt. No. 22.  Respondents are ordered to file a supplemental response addressing the arguments advanced in Petitioners' traverse, including the argument that the Petition is not moot, by **March 17, 2026**.

IT IS SO ORDERED.